GARY M. RESTAINO
United States Attorney
District of Arizona
RAQUEL ARELLANO
Assistant U.S. Attorney
State Bar No. 011796
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: raquel.arellano@usdoj.gov
Attorneys for Plaintiff

FILED

2024 MAY -8 PM 3:59

CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

CR24-02537 TUC-RCC(BGM)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

United States of America,

        Plaintiff,

vs.

Damian Enriquez,

        Defendant.

**I N D I C T M E N T**

Violations:

18 U.S.C. § 924(a)(1)(A)
(Making a False Statement in Connection with Acquisition of Firearms)
Counts 1-2

18 U.S.C. §§ 922(a)(6) & 924(a)(2)
(Making a False Statement in Connection with Acquisition of Firearms)
Counts 3-27

18 U.S.C. §§ 922(a)(1)(A) & 924(a)(1)(D)
(Engaging in the Business of Dealing Firearms without a License)
Count 28

18 U.S.C. § 924(d);
28 U.S.C. § 2461(c)
Forfeiture Allegation

**THE GRAND JURY CHARGES:**

<u>COUNTS 1-2</u>

On or about the dates listed below, in the District of Arizona, the Defendant DAMIAN ENRIQUEZ, in connection with the acquisition of firearms, knowingly made

false statements and representations to the businesses listed below, each of which was a Federal Firearms Licensee licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of each business listed below, in that Defendant stated in writing that his address was on East 30th Street, Tucson, Arizona, whereas in truth and fact, that was not Defendant's current address;

| Count | Date | FFL | Firearms |
|---|---|---|---|
| 1 | 02/03/2024 | USA Pawn & Jewelry | Glock, model 27, .40 caliber pistol |
| 2 | 04/04/2024 | USA Pawn & Jewelry | Springfield Armory, model XD9 Sub Compact, 9mm pistol |

In violation of Title 18, United States Code, Section 924(a)(1)(A).

### COUNTS 3-27

On or about the dates listed below, in the District of Arizona, the Defendant DAMIAN ENRIQUEZ, in connection with the acquisition of firearms, knowingly made false statements and representations to the businesses listed below, each of which was a Federal Firearms Licensee licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of each business listed below, in that Defendant stated in writing that he was the actual transferee/buyer of the firearms, whereas in truth and fact, he was not the actual transferee/buyer of the firearms, he acquired them on behalf of another person.

| Count | Date | FFL | Firearms |
|---|---|---|---|
| 3 | 07/10/2020 | Liberty Pawn Shop, Inc. | American Tactical Imports, model Omni Hybrid, 5.56 caliber pistol |

*United States of America v. Damian Enriquez*
Indictment Page 2 of 6

| # | Date | Dealer | Firearm |
|---|---|---|---|
| 4 | 07/22/2020 | SnG Tactical, LLC | Taurus, model 856 Ultralite, .38 caliber revolver |
| 5 | 07/22/2020 | SnG Tactical, LLC | Walther, model P22, .22 caliber pistol |
| 6 | 02/06/2021 | SnG Tactical, LLC | Smith & Wesson, model M&P9 Shield, 9mm pistol |
| 7 | 02/06/2021 | The Hub | Smith & Wesson, model SD40VE, .40 caliber pistol |
| 8 | 07/02/2021 | The Hub | Fabrique Nationale (FN), model Five-seven, 5.7x28mm pistol |
| 9 | 07/03/2021 | Liberty Pawn Shop, Inc. | Glock, model 19X, 9mm pistol |
| 10 | 07/17/2021 | Liberty Pawn Shop, Inc. | Radikal Arms, model MKX-3, .12 gauge shotgun |
| 11 | 08/17/2021 | Liberty Pawn Shop, Inc. | Akkar, model Churchill 612, .12 gauge shotgun |
| 12 | 08/28/2021 | Liberty Pawn Shop, Inc. | Ruger, model LCP, .380 caliber pistol |
| 13 | 08/20/2022 | USA Pawn & Jewelry | Sig Sauer, model P320, .40 caliber pistol |
| 14 | 11/19/2022 | Liberty Pawn Shop, Inc. | Glock, model 17Gen5, 9mm pistol |
| 15 | 11/22/2022 | SnG Tactical, LLC | Glock, model 27Gen5, .40 caliber pistol |
| 16 | 01/14/2023 | USA Pawn & Jewelry | Ruger, model EC9S, 9mm pistol |
| 17 | 01/19/2023 | Turner's Outdoorsman | Romarm/Cugir, model WASR-10, 7.62x39mm rifle |
| 18 | 01/31/2023 | SnG Tactical, LLC | Century Arms International, model CGR, 7.62x39mm rifle |

*United States of America v. Damian Enriquez*
Indictment Page 3 of 6

| | | | |
|---|---|---|---|
| 19 | 02/11/2023 | Catalina Pawn | Pioneer Arms Corporation, model Sporter, 7.62x39mm rifle |
| 20 | 02/13/2023 | SnG Tactical, LLC | Century Arms International, model VSKA, 7.62x39mm rifle |
| 21 | 02/13/2023 | SnG Tactical, LLC | Century Arms International, model VSKA, 7.62x39mm rifle |
| 22 | 02/21/2023 | USA Pawn & Jewelry | Smith & Wesson, model M&P9 Shield M2.0, 9mm pistol |
| 23 | 02/26/2023 | Turner's Outdoorsman | Glock, model 19X, 9mm pistol |
| 24 | 03/11/2023 | Liberty Pawn Shop, Inc. | Taurus, model TH40C, .40 caliber pistol |
| 25 | 11/08/2023 | USA Pawn & Jewelry | Glock, model 30, .45 caliber pistol |
| 26 | 02/03/2024 | USA Pawn & Jewelry | Glock, model 27, .40 caliber pistol |
| 27 | 04/04/2024 | USA Pawn & Jewelry | Springfield Armory, model XD9 Sub Compact, 9mm pistol |

In violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

### COUNT 28

Between on or about July 10, 2020, and on or about April 4, 2024, in the District of Arizona, the Defendant DAMIAN ENRIQUEZ, not being a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, did willfully engage in the business of dealing firearms;

In violation of Title 18, United States Code, Sections 922(a)(1)(A) and 924(a)(1)(D).

///

///

**FORFEITURE ALLEGATION**

Upon conviction of Counts 1 through 28 of the Indictment, the Defendant, DAMIAN ENRIQUEZ, shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), any firearms involved in the commission of the offense, including, but not limited to:

| No. | Firearms |
|---|---|
| 1 | Glock, model 27, .40 caliber pistol |
| 2 | Springfield Armory, model XD9 Sub Compact, 9mm pistol |
| 3 | American Tactical Imports, model Omni Hybrid, 5.56 caliber pistol |
| 4 | Walther, model P22, .22 caliber pistol |
| 5 | Fabrique Nationale (FN), model Five-seven, 5.7x28mm pistol |
| 6 | Glock, model 19X, 9mm pistol |
| 7 | Radikal Arms, model MKX-3, .12-gauge shotgun |
| 8 | Akkar, model Churchill 612, .12-gauge shotgun |
| 9 | Ruger, model LCP, .380 caliber pistol |
| 10 | Sig Sauer, model P320, .40 caliber pistol |
| 11 | Glock, model 17Gen5, 9mm pistol |
| 12 | Glock, model 27Gen5, .40 caliber pistol |
| 13 | Romarm/Cugir, model WASR-10, 7.62x39mm rifle |
| 14 | Century Arms International, model CGR, 7.62x39mm rifle |
| 15 | Pioneer Arms Corporation, model Sporter, 7.62x39mm rifle |
| 16 | Century Arms International, model VSKA, 7.62x39mm rifle |
| 17 | Century Arms International, model VSKA, 7.62x39mm rifle |
| 18 | Smith & Wesson, model M&P9 Shield M2.0, 9mm pistol |
| 19 | Glock, model 19X, 9mm pistol |

If any of the property described above, as a result of any act or omission of the defendant: a) cannot be located upon the exercise of due diligence; b) has been transferred or sold to, or deposited with, a third party; c) has been placed beyond the jurisdiction of the court; d) has been substantially diminished in value; or e) has been commingled with other property which cannot be divided without difficulty, it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title

28, United States Code, Section 2461(c), to seek forfeiture of any other property of said defendant up to the value of the above forfeitable property, including, but not limited to, all property, both real and personal, owned by the defendant.

All pursuant to Title 18, United States Code, Section 924(d), Title 28, United States Code, Section 2461(c) and Rule 32.2(a), Federal Rules of Criminal Procedure.

A TRUE BILL

/ S /

FOREPERSON OF THE GRAND JURY
Dated: May 8, 2024

GARY M. RESTAINO
United States Attorney
District of Arizona

REDACTED FOR
PUBLIC DISCLOSURE

/ S /

RAQUEL ARELLANO
Assistant U.S. Attorney